UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADAM DAVIS,

            Petitioner,

   v.

SCOTT RUSSELL,

           Respondent.

CASE NO. C12-5645 RJB-JRC

ORDER GRANTING IN FORMA PAUPERIS STATUS

    The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

    Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

    The Clerk is directed to mail a copy of this Order to Petitioner.

    Dated this 21st day of August, 2012.

                                J. Richard Creatura
                                United States Magistrate Judge